

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-13-00234-CR
07-13-00235-CR
07-13-00236-CR
07-13-00237-CR
07-13-00238-CR
07-13-00239-CR

AARON EDWARD BELL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court Nos. 1288725D, 1288726D, 1288727D, 1288728D, 1290870D, 1290871D
Honorable David Scott Wisch, Presiding

November 13, 2013

## ON ABATEMENT AND REMAND

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Aaron Edward Bell, appellant, appeals his convictions for aggravated assault. Appellant timely perfected his appeal. The clerk's records were filed on July 30, 2013, and the reporter's records on August 29, 2013. Appellant's brief was due on September 30, 2013. On October 8, 2013, appellant's counsel was notified by letter that the brief

was overdue and that unless appellant's brief was filed on or before October 18, 2013, the appeal would be abated. On October 16, 2013, this court received a motion for extension of time to file the brief, which was granted to October 30, 2013. To date no brief or extension of time to file the brief has been filed.

Accordingly, we abate this appeal and remand the cause to the 372nd District Court of Tarrant County (trial court) for further proceedings. Upon remand, the trial court shall determine the following:

1. whether appellant desires to prosecute the appeal;

2. whether appellant is indigent;

3. whether appellant has been denied the effective assistance of counsel due to counsel's failure to file a timely appellate brief; and,

4. why a timely appellate brief has not been filed on behalf of appellant.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this court by December 13, 2013. If it is determined that appellant is indigent and has been denied the effective assistance of counsel, the trial court may appoint him new counsel; the name, address and phone number of any new counsel appointed shall be included in the aforementioned findings. Should further time be needed to perform these tasks, then same must be requested before December 13, 2013.

It is so ordered.

Per Curiam

Do not publish.